In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00071-CV

_____

FARMERS INSURANCE EXCHANGE, Appellant

V.

DEBBIE FOSTER, Appellee

On Appeal from the 1st District Court
Jasper County, Texas
Trial Cause No. 32820

MEMORANDUM OPINION

The appellant, Farmers Insurance Exchange, filed an unopposed motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

1

_____
CHARLES KREGER
Justice

Opinion Delivered March 27, 2014

Before McKeithen, C.J., Kreger and Johnson, JJ.